# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   14-mc-00070-MJW | FTR - Courtroom A-502 |
| **Date:**   May 20, 2014 | Courtroom Deputy, Ellen E. Miller |

| *Parties* | *Counsel* |
|---|---|
| SORIN CRM USA, INC., and<br>SORIN GROUP USA, INC., | Robert L. Schnell, Jr.<br>Hanna L. Terhaar |
| Plaintiff(s), | |
| v. | |
| ST. JUDE MEDICAL S.C., INC., | Richard Guerra |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **TELEPHONIC MOTION HEARING**
**Court in Session:**   1:33 p.m.
Court calls case. Appearances of counsel.

The Court raises Non-Parties Sorin CRM USA, Inc., and SORIN Group USA, Inc.'s Motion for a Protective order Pursuant to Fed. R. Civ. P. 26(c) for argument.

The parties advise the Court the parties have resolved their dispute and Non-party Plaintiffs move to withdraw as moot their Motion for a Protective Order. With no objections,

**It is ORDERED:**   Non-party Plaintiff's ORAL MOTION TO WITHDRAW MOTION is **GRANTED,** therefore
Non-Parties Sorin CRM USA, Inc., and SORIN Group USA, Inc.'s Motion for a Protective Order Pursuant to Fed. R. Civ. P. 26(c) [Docket No. **1**, filed April 14, 2014] is **WITHDRAWN AS MOOT**

**It is ORDERED:**   This civil action is dismissed and shall be closed.

Hearing concluded.
**Court in recess:**   1:35 p.m.
Total In-Court Time 00:02

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.